# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARQUEION HARRISON,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:10CV66-1-MU

STATE OF NORTH CAROLINA,
BOYD BENNETT, KEITH WHITENER,
JAMES GRIBBLE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2010, Order.

                                             Signed: May 25, 2010

                                             Frank G. Johns, Clerk
                                             United States District Court